Houston Plate Processing Inc
INCOME STATEMENT
For Period 11/01/2016 - 11/30/2016

|  | Current-Period | Year-to-Date |
|---|---:|---:|
| **INCOME** | | |
| SALES-CUT PLATE | 238,998.49 | 3,915,270.14 |
| SALES RETURNS & ALLOWANCES | (964.00) | (64,681.85) |
| SALES DISCOUNTS | (4,367.65) | (64,138.25) |
| SALES-FREIGHT | 1,390.00 | 31,800.00 |
| SALES-SCRAP | 0.00 | 10,324.39 |
| SALES-OTHER | (500.00) | (3,212.84) |
| SALES - ROLLING | 2,470.00 | 33,920.00 |
| TOTAL SALES | 237,026.84 | 3,859,281.59 |
| **COST OF SALES** | | |
| COST OF MATERIALS-PLATE | 107,374.42 | 2,033,684.47 |
| PURCHASE DISCOUNTS | 0.00 | 0.00 |
| OUTSIDE PROCESSING COSTS | 4,675.00 | 73,745.41 |
| OTHER INCOME | 0.00 | 4,000.00 |
| COST OF FREIGHT IN - PLATE | 1,425.00 | 36,727.50 |
| FREIGHT IN(OUTSIDE PROCESSING) | 0.00 | 0.00 |
| INTERAL PROCESSING | 0.00 | 0.00 |
| OUTSIDE TESTING COSTS | 2,239.00 | 75,396.39 |
| SHOP LABOR | 44,704.10 | 626,146.64 |
| SHOP LABOR-REGULAR DO NOT USE | 0.00 | 0.00 |
| SHOP PAYROLL TAX-FICA/MEDICARE | 3,419.89 | 50,415.82 |
| TX WORKFORCE COMMISION | 0.00 | 0.00 |
| INSURANCE-WORKMENS COMP | 0.00 | 0.00 |
| INSURANCE-PROP/FIRE/AUTO | 1,767.67 | 30,200.26 |
| GENERAL LIABILITY INS/PREMIUM | 0.00 | 400.00 |
| FLOOD INSURANCE | 0.00 | 0.00 |
| AUTO & TRUCK EXPENSES-SHOP | 667.75 | 4,305.47 |
| CONTRACT LABOR | 0.00 | 2,619.30 |
| CONTRACT LABOR-SHOP | 0.00 | 2,698.65 |
| mileage-expense report | 0.00 | 1,447.98 |
| PROCESSING & SHOP SUPPLIES | 13,700.34 | 94,144.48 |
| LUMBER | 0.00 | 0.00 |
| COST OF FREIGHT-OUT (CUSTOMER) | 4,855.75 | 90,191.43 |
| FREIGHT OUT-OUTSIDE PROCESSING | 0.00 | 1,593.86 |
| TOTAL COST OF SALES | 184,828.92 | 3,119,717.66 |
| GROSS MARGIN | 52,197.92 | 739,563.93 |
| **OPERATING EXPENSES** | | |
| REPAIRS & MAINTENANCE (Gen) | 7,089.26 | 21,319.64 |
| REPAIRS & MAINTENANCE - ROLL | 0.00 | 855.64 |
| REPAIRS & MAINT - ALLEN-BRADLY | 0.00 | 0.00 |
| REPAIRS & MAINT - BURNEY 10 | 0.00 | 1,391.72 |
| HILTI GUN - SUPPLIES | 0.00 | 0.00 |
| SMALL TOOLS | 0.00 | 0.00 |
| FORKLIFT REPAIRS & MAINT. | 3,638.29 | 11,867.31 |

| | | |
|---|---:|---:|
| CRANE REPAIRS & MAINT. | 1,591.00 | 16,317.36 |
| REPAIRS/MAINT SHIPPIING OFFICE | 0.00 | 0.00 |
| REPAIRS & MAINT - HILIT GUN | 0.00 | 0.00 |
| PROC/SHOP SUPPLIES - MARKERS | 0.00 | 0.00 |
| CONSUMABLES, TIPS & ELECTRODES | 0.00 | 0.00 |
| PROC/SHOP SUPPLIES - GLOVES | 0.00 | 0.00 |
| SHOP SUPPLIES - SAFETY GLASSES | 0.00 | 0.00 |
| SHOP SUPPLIES - BOOTS | 0.00 | 300.00 |
| UNIFORM | 0.00 | 200.00 |
| FORKLIFT-RENTAL | 2,032.94 | 5,741.59 |
| FUELS & GASES - NITROGEN | 0.00 | 0.00 |
| FUELS & GASES - OXYGEN | 0.00 | 0.00 |
| FUELS & GASES - WELDING | 0.00 | 0.00 |
| PROCESSING FUELS & GASES | 2,436.19 | 38,099.26 |
| PROPANE FORKLIFTS | 0.00 | 0.00 |
| SECURITY SERVICE | 0.00 | 10.00 |
| UTILITES | 3,489.43 | 40,870.74 |
| RENT-WHSE-ALLOCATED | 0.00 | 0.00 |
| LEASED SHOP EQUIPMENT | 0.00 | 9,837.37 |
| MEDICAL INSURANCE | (1,755.20) | 76,174.46 |
| DENTAL INSURANCE-SHOP | 0.00 | 0.00 |
| DENTAL INSUARNCE-OFFICE | 754.20 | 10,142.88 |
| REPARIS & MAINT - WELDING MACH | 0.00 | 263.40 |
| COLONIAL LIFE & ACCDT-OFFICE | 0.00 | 0.00 |
| SALARIES & WAGES-GEN'L & ADMIN | 32,167.78 | 401,626.78 |
| EMPLOYEE LOANS | 0.00 | 0.00 |
| INSURANCE-OFFICE-WORKERS COMP | 0.00 | 0.00 |
| OFFICE PAYROLL TAXES-FICA/MEDI | 1,973.41 | 28,780.15 |
| PAYROLL - ADP | 490.44 | 4,060.79 |
| AUTO INSURANCE | 393.90 | 1,585.40 |
| TRAVEL EXPENSES | 0.00 | 3,038.41 |
| DOT - FEES/REGISTRATION, ETC | 0.00 | 1,700.00 |
| TRAINING | 0.00 | 4,722.60 |
| MEALS & ENTERTAINMENT | 55.68 | 2,212.14 |
| FUEL-AUTOS | 1,933.32 | 19,311.38 |
| AUTO REPAIRS, MAINT. & OTHERS | 0.00 | 8,840.48 |
| TELEPHONE EXPENSE | 1,674.77 | 20,151.68 |
| POSTAGE, FEDEX, ETC. | 0.00 | 1,144.24 |
| OFFICE SUPPIES & EXPENSES | 990.44 | 9,107.55 |
| OFFICE REPAIRS & MAINT. | 205.76 | 2,126.60 |
| COMPUTER REPAIRS & MAINT. | 0.00 | 2,861.04 |
| COMPUTER SOFTWARE MAINTENANCE | 1,430.52 | 10,515.79 |
| WEBSITE | 0.00 | 79.14 |
| YARD MAINTENANCE | 86.60 | 1,461.82 |
| JANITORIAL SERVICES | 0.00 | 1,305.78 |
| LEGAL & PROFESSIONAL FEES | 1,819.45 | 10,121.87 |
| DUES & SUBSCRIPTIONS | 0.00 | 1,119.30 |
| LICENSE, PERMITS, ETC. | 0.00 | 245.66 |
| PROPERTY TAXES | 698.94 | 10,412.61 |
| FRANCHISE TAXES | 0.00 | 0.00 |

| | | |
|---|---:|---:|
| OTHER EXPENSES | 0.00 | 250.66 |
| ADVERTISING EXPENSE | 0.00 | 0.00 |
| PORMOTIONAL EXPENSE | 0.00 | 0.00 |
| GIFTS | 0.00 | 1,230.47 |
| GIFT OVER 25/PERSON DO NOT USE | 0.00 | 233.04 |
| CONTRIBUTIONS | 0.00 | 1,380.00 |
| BANK CHARGES | 159.70 | 1,068.35 |
| RENT-OFFICE | 30,315.00 | 333,465.00 |
| LEASES OFFICE EQUIPMENT | 0.00 | 0.00 |
| SUSPENSE ACCOUNT | 0.00 | 0.00 |
| INTEREST INCOME | 0.74 | 23.84 |
| INTEREST EXPENSE | 29,187.00 | 91,693.10 |
| DEPRECIATION EXPENSE | 0.00 | 0.00 |
| GAIN/LOSS DISPOSAL FIXED ASSET | 0.00 | 0.00 |
| MISC INCOME | (318.92) | (6,210.18) |
| AMORTIZATION | 0.00 | 0.00 |
| AMORTIZATION SETTLEMENT COST | 1,839.66 | 16,556.96 |
| INCOME TAX EXPENSE-FEDERAL | 0.00 | 0.00 |
| TX MARGIN TAX EXPENSE | 0.00 | 0.00 |
| BAD DEBT EXPENSE | 674.00 | 674.00 |
| OPERATING EXPENSES | 125,690.66 | 1,232,660.50 |
| NET INCOME | (73,492.74) | (493,096.57) |