UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-30603 |
| Houston Plate Processing Inc | § | |
| | § | |
| Debtor | § | CHAPTER 11 |
| | § | |

## NOTICE OF PLAN DEFAULT

**COMES NOW CYPRESS FAIRBANKS ISD, ET AL** (the "Taxing Authority") secured creditor in the above-numbered and styled bankruptcy case, and files this **Notice of Plan Default**, and in support thereof would show the Court as follows:

1. The Debtor defaulted under the terms of the Plan by failing to pay the claim filed on behalf of Cypress Fairbanks ISD in the amount of $41,885.39.

2. A copy of the Debtor's Plan, Default Notices and Amortization Schedule are attached hereto as Exhibit 1, Exhibit 2 and Exhibit 3.  As of this date, the Debtor has failed to cure the default.

3. Cypress Fairbanks ISD, et al intends to exercise their full rights pursuant to state law without further notice and file this **Notice of Plan Default.**

Date:  August 6, 2019

Respectfully submitted,

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

JOHN P. DILLMAN
Texas State Bar No. 05874400
TARA L. GRUNDEMEIER
Texas State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 Phone
(713) 844-3503 Fax

*Counsel for Ad Valorem Taxing Authorities*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Notice of Plan Default** was served via electronic means, unless not available, otherwise by regular United States Mail, first class, postage fully prepaid, on August 6, 2019 to the parties listed below and per court's mailing matrix as attached.

Debtor
Houston Plate Processing Inc.
12255 FM 529 Road
Houston, Texas 77041

Attorney for Debtor
Margaret Maxwell Mcclure
909 Fannin Suite 3810
Houston, Texas 77010

Office of the United States Trustee
US Trustee
515 Rusk Avenue, Ste. 3516
Houston, Texas 77002

Respectfully submitted,

Linebarger Goggan Blair & Sampson, LLP

JOHN P. DILLMAN
Texas State Bar No. 05874400
TARA L. GRUNDEMEIER
Texas State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 Phone
(713) 844-3503 Fax

*Counsel for Ad Valorem Taxing Authorities*